UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - FLINT

In re:   John & Trisha Baldwin                                    Case No. 16-31689
                                                                  Chapter 13
                                                                  Judge Opperman

            Debtor(s).
_____/

### Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to : [Check ONE of the following]

1. ___ Request confirmation of the Debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirmation plan, as required in paragraph 2 of the Chapter 13 Case Management Order

2. ___ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

    Trustee Objection:

    Creditor #1:
    Objections:

    Creditor #2:
    Objections:

    Creditor #3:
    Objections:

3. ___ Request an adjournment of the confirmation hearing to October 18, 2016, due to the following good cause:

4. ____ Dismiss the case. [The Court will construe this as a motion by the debtor to dismiss the case under Fed.R.Bank.P. 1017(f)(2), and the Court will enter an order of

dismissal and the case will be removed from the docket, unless the case was previously converted from Chapter 7, 11, or 12 to Chapter 13. In that event, a separate motion to dismiss must be filed within 10 days.]

5. \_\_\_\_ Convert the case to Chapter 7. [The debtor must promptly file a separate notice of conversion under Fed.R.Bank.P. 1017(f)(3), and pay the filing fee for such notice. Such notice of conversion will cause the case to be converted without the entry of an order of conversion.]

6. \_X\_\_ Debtor's attorney is without sufficient knowledge to choose any of the above options.

/s/_David G. Lutz_____
David G. Lutz P53665
Attorney for Debtor
6250 Orchard Lake Rd, Suite B
West Bloomfield, MI 48322
248.714.1650
davidlutzlaw@gmail.com

November 4, 2016